SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail:  Sean_Kennedy@fd.org)
ALYSSA BELL (No. 287751 )
Deputy Federal Public Defender
(E-mail:  Alyssa_Bell@fd.org)
321 East 2nd Street
Los Angeles, California  90012-4202
Telephone (213) 894-7539
Facsimile (213) 894-0081

Attorneys for Defendant
MARCUS ANDREWS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 11-1056-R |
| Plaintiff, | ) | ORDER |
| v. | ) | |
| MARCUS ANDREWS, | ) | |
| Defendant. | ) | |

Defendant Marcus Andrews's  "Notice of Motion and Motion for a New Trial; Memorandum of Points and Authorities," Docket # 94, came on for hearing before the Court on October 28, 2013; Nicholas Pilgrim was present for the government, and Alyssa Bell and Christopher Dybwad were present for defendant. The Court, for reasons as stated on the record, GRANTS the motion..  The new Court  Trial will take place on January 21, 2014 at 9:00 a.m.  The sentencing date of November 18, 2013 at 1:30 is therefore vacated as moot.

DATED:  October 29, 2013            By _____
                                    HONORABLE MANUEL L. REAL
                                    United States District Court Judge